UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21038-CIV-UNGARO

ANTONIO AYES,

    Plaintiff,

vs.

H&R OF BELLE GLADE, INC.,

    Defendant.
_____/

## ORDER REQUIRING SURREPLY

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, filed April 28, 2008. (D.E. 9.) Plaintiff filed his response on April 29, 2008, (D.E. 10), to which Defendant replied on April 29, 2008. (D.E. 11.) The matter is ripe for disposition.

THE COURT has considered the motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that on or before **May 9, 2008**, Plaintiff shall file a Surreply to Defendant's Reply in support of the Motion to Dismiss. Based on Plaintiff's response to the motion to dismiss, the Court is unable to evaluate whether there was good cause or excusable neglect for Plaintiff's failure to serve Defendant within the time specified by Florida Rule of Civil Procedure 1.070(j). Accordingly, in the Surreply, Plaintiff is directed to explain why he was unable to set his second motion for an extension of time to serve defendant for a hearing in state court, and to provide evidence to support his claim that his process server made "numerous attempts" to serve Defendant. The Surreply shall not exceed five (5) pages in length.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Magistrate Judge Simonton