UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21038-CIV-UNGARO

ANTONIO AYES,
    Plaintiff,

vs.

H&R OF BELLE GLADE, INC.,
    Defendant.
_____/

ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE

THIS CAUSE came before the Court upon Defendant's Motion to Transfer Venue, filed June 12, 2008. (D.E. 15.) Plaintiff filed his response on June 16, 2008, to which Defendant replied on June 17, 2008. (D.E. 17, 18.) This matter is ripe for disposition.

THE COURT has reviewed the file and pertinent portions of the record and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion to Transfer Venue is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2008.

                                                  URSULA UNGARO
                                                  UNITED STATES DISTRICT JUDGE